Page 1

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA


MARTHA WILLIAMS,                     )
                                     )
             Plaintiff,              )
                                     )
   vs.                               )
                                     ) CIVIL ACTION NO.
                                     ) 2021-CV-000722
CIRCLE K STORES, INC. AND            )
SUE WATHCHEM,                        )
                                     )
             Defendants.             )
_____)


        Teleconference deposition of SEARA KEITH,

taken by Counsel for the Plaintiff, MARTHA WILLIAMS,

pursuant to notice and by agreement of Counsel, under

the Georgia Civil Practice Act, reported by Christine

Eddy, RPR, CCR #5637-7586-6404-8640, at the offices

of McKee Court Reporting, 106 Montgomery Street,

Savannah, GA 31401, on Tuesday, January 18, 2022,

commencing at 11:00 a.m.


_____

Transcript Prepared By:

             McKEE COURT REPORTING, INC.
                   P.O. Box 9092
             Savannah, Georgia 31412-9092
                   (912) 238-8808

Page 2

```
 1                  APPEARANCES OF COUNSEL

 2            (All appearing via teleconference)

 3

    FOR THE PLAINTIFF:
 4
                 Ashleigh R. Madison, Esq.
 5               Southeast Law
                 1703 Abercorn Street
 6               Savannah, GA 31401
                 (912)662-6612
 7               southeastlaw@gmail.com

 8

    FOR THE DEFENDANTS:
 9
                 Stephen A. Swanson, Esq.
10               Carr Allison
                 736 Market Street
11               Suite 1320
                 Chattanooga, TN 37402
12               (423)648-9834
                 sswanson@carrallison.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       A.    No, ma'am.  That was my first store.

2       Q.    Okay.  When you came -- when you made the

3   move over to 1408 Veterans Parkway as a store manager,

4   was that a new store or had that store been in

5   existence?

6       A.    It was already there.

7       Q.    Okay.  Describe for me, if you can, what --

8   strike that.

9             Back in November of 2019 when you were

10  store manager for 1408 Veterans Parkway, what would you

11  describe your duties and responsibilities to have been?

12  And I mean on a day-to-day basis.

13      A.    As a store manager?

14      Q.    Yes.

15      A.    Every morning as soon as you come in, you

16  walk through the store, check and see what needs to be

17  done.  Along with that I always got my list in the

18  morning and knocked out what I needed to, whether it be

19  trash, stocking, back stock.

20            Once I completed what I needed to in the

21  morning as well as check in for any -- any issues

22  across the board, I would complete my daily paperwork.

23  Once that was complete, there's usually inventory

24  audits that you do.  After that out on the floor with

25  my employees just doing customer service.

Page 50

1   inspection of the ramp for any reason?

2        A.    Not that I recall.  The Department of

3   Agriculture comes out and does their inspections.

4        Q.    Okay.

5        A.    But not specifically just for the ramp.

6        Q.    Okay.  And do you know if any contractors

7   or engineers were consulted with that did any work on

8   the parking lot or the ramp itself?

9        A.    Not that I'm aware of.

10        Q.    Okay.  Do you know the names of any of the

11   third parties that come out to do any of the painting or

12   striping?

13        A.    Not off the top of my head, no, ma'am.

14             MS. MADISON:  Okay.  All right.  I think

15   that's all the questions I have.  Thank you for your

16   time.

17             THE WITNESS:  Yes, ma'am.

18                     EXAMINATION

19   BY MR. SWANSON:

20        Q.    Just a couple of follow-up questions,

21   Ms. Keith.  I'll be extraordinarily brief.  I just want

22   to wrap a couple of things up.

23             Does the name Sue Wathchem mean anything to

24   you?

25        A.    Nothing.

Page 51

```
 1        Q.    Do you know anybody by the name of Sue
 2    Wathchem?
 3        A.    I do not.
 4        Q.    Have you ever had a Circle K employee by
 5    the name of sue Wathchem?
 6        A.    No.
 7        Q.    To your knowledge has a Sue Wathchem ever
 8    worked at 1408 Veterans Parkway while you were store
 9    manager there?
10        A.    No, sir.
11        Q.    Have you ever spoken with someone by the
12    name of Sue Wathchem?
13        A.    No.
14        Q.    Do you know if Sue Wathchem is a Circle K
15    employee at all?
16        A.    Not that I'm aware of.
17        Q.    When you were store manager at the Circle K
18    location at 1408 Veterans Parkway, did you ever have any
19    employee by the name of Sue?
20        A.    No.
21        Q.    When you were store manager at 1408
22    Veterans Parkway, did you ever have an employee by the
23    name of Susan?
24        A.    No, sir.
25        Q.    To your knowledge was Sue Wathchem working
```

Page 52

1   on the date of the incident that forms the basis of this

2   lawsuit?

3          A.    No.

4          Q.    To your knowledge is Sue Wathchem -- strike

5   that.

6                To your knowledge was Sue Wathchem a store

7   manager on November 15th, 2019 at 1408 Veterans Parkway?

8          A.    No.

9          Q.    Because you were the only store manager at

10  that location, right?

11         A.    Correct.

12         Q.    Do you know if anyone by the name of Sue

13  Wathchem ever spoke with the Plaintiff after this

14  incident?

15         A.    No.

16         Q.    Okay.  But you spoke with her three times

17  at least; is that right?

18         A.    At least.

19                MR. SWANSON:  Okay.  That's all I have.

20  Thank you.

21                MS. MADISON:  I have just a few more that I

22  had forgotten about.

23                          EXAMINATION

24  BY MS. MADISON:

25         Q.    You mentioned that the one camera is at the