⚡ EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA
**SC2021CV000722**
FEB 17, 2022 04:19 PM

*Danielle F. Forté*
Danielle F. Forté, Clerk
Muscogee County, Georgia

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MARTHA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action File No.: **2021-CV-000722** |
| ) | |
| CIRCLE K. STORES, INC. and ) | |
| SUE WATHCHEM, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUREPLY TO DEFENDANT'S FURTHER RESPONSE ON MOTION TO DROP DEFENDANT SUE WATHCHEM AND BRIEF IN SUPPORT**

COMES NOW PLAINTIFF MARTHA WILLIAMS ("Plaintiff") in the above-styled action, and file this, her Sureply to Defendant Sue Wathchem's ("Defendant Wathchem") Motion to Drop Defendant Sue Wathchem as follows:

**I. FACTS**

Defendant Circle K Stores, Inc. owns and operates a convenience store at 1408 Veterans Parkway, Columbus, Georgia 31901. See Complaint. On November 15, 2019, Plaintiff was a customer at the aforementioned convenience store owned and operated by Defendant Circle K Stores, Inc. Id. As Plaintiff exited the building and began walking down the ramp, suddenly and without warning, Plaintiff slipped and fell on the ramp, which was wet from rain. Id. Defendants' ramp had no rails to assist patrons as they were descending the ramp, did not have appropriate warnings/markings to designate the change in grade of the ramp, and the ramp did not have any non-skid material on it. Id. At no time before Plaintiff's fall was Plaintiff ever warned of the condition of the ramp or given notice of the dangerous condition of the ramp. Id. Plaintiff contends that Defendants were negligent in failing to maintain their premises and in

failing to warn Plaintiff of the ramp's dangerous condition. Id. As a result of Defendant's actions and/or omissions, Plaintiff was injured and suffered damages, which resulted in the filing of the present action.

## I. Plaintiff has filed a Motion to Add and/or Substitute the Actual Manager, Seara Keith.

Since Plaintiff's initial response to Defendant's Motion to Drop Sue Wathchem, Plaintiff has now deposed Seara Keith, who is identified as the actual manager on duty for Circle K's subject location.[1] Based on this new information obtained through discovery, Plaintiff now requests that Seara Keith be added and/or substituted for Sue Wathchem. (See **Exhibit A**, Plaintiff's Motion to Add). Based on additional information obtained in the deposition of the manager Seara Keith, Plaintiff has also filed a Motion to add employees on duty and an Amended Complaint. (See **Exhibit B**, Plaintiff's Motion to Add Party Defendants). Plaintiff responds to Defendants' Motion below, which shows that sufficient evidence exists to sustain a claim against Defendant Seara Keith, as manager. Plaintiff requests the motion to substitute be granted and the proposed order signed to resolve the matter regarding Sue Wathchem.

## II. The Court should grant Plaintiff's addition of proposed Defendant Seara Keith.

Defendant in its request to the Court, requests that Defendant Sue Wathchem be dropped from the claim. The deposition conducted on January 18, 2022, revealed Seara Keith as the actual manager for the subject store owned by Circle K Stores, Inc. Now that Plaintiff Williams has the actual name of the responsible manager, the Plaintiff's Motion to Substitute Seara Keith will provide the remedy Defendant Wathchem seeks and will remove her from this claim. (Ex. A).

---

The evidence before the Court reflects that Defendant Circle K owned and operated the subject store and were responsible for keeping the entrance safe for invitees. (See Amended Answers). Furthermore, Circle K and its employees operated and maintained the subject store, where they were responsible for keeping the building and its entrances safe. (See Id.). Such evidence is certainly sufficient to support Plaintiff's claims for negligence in the Complaint. Those issues should be properly addressed through discovery efforts moving forward with the actual manager substituted.

Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Add Seara Keith. Under the present circumstances, to grant the motion to drop without permitting addition and/or substitution for the proper defendant would deny Plaintiff the right to seek relief from all parties responsible for her injuries.

Plaintiff has presented an Amended Complaint, which sets forth valid and viable claims for relief from Defendants' actions. (See Ex. B). As such, this Court cannot say "that the allegations of the complaint disclose with certainty that Plaintiff would not be entitled to relief under *any* state of provable facts asserted". As such, Defendants' Motion to Drop Defendant Wathchem and dismiss the claim against her or any other potential on-duty manager should be DENIED and Plaintiff Williams' Motion to Add and/or Substitute Seara Keith for Sue Wathchem should be granted.

Respectfully submitted this 17th day of February, 2022.

                                **SOUTHEAST LAW, LLC**

                                */s/ Ashleigh R. Madison*
                                Ashleigh R. Madison
                                Georgia Bar No. 346027

1703 Abercorn Street
Savannah, Georgia 31401
912.662.6612
southeastlaw@gmail.com

                                */s/ Franklin D. Hayes*
                                Franklin D. Hayes
                                Georgia Bar No. 339910

Post Office Box 2377
Douglas, GA 31534
Phone: 912.383.6132

**IN THE STATE COURT OF MUSCOGEE COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| MARTHA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action File No.: **2021-CV-000722** |
| | ) |
| CIRCLE K. STORES, INC. and | ) |
| SUE WATHCHEM, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day filed the foregoing pleading and have hereby served all of the parties in this case through the following, via electronic mail:

Sean W. Martin, Esquire
Carr Allison, PC
736 Market Street, Suite 1320
Chattanooga, TN 37402

This 17th day of February, 2022.

*/s/ Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No. 346027

**SOUTHEAST LAW, LLC**
1703 Abercorn Street
Savannah, Georgia 31401
912.662.6612
877.417.2943 f
southeastlaw@gmail.com