# EXHIBIT "A"

MARTHA WILLIAMS
DOI:12.09.2019

| PROVIDER | DATE OF SERVICE | CHARGES |
|---|---|---|
| | | |
| Memorial Satilla Health | 12.09.2019 – 12.06.2020 | 46,956.95 |
| Memorial Satilla Ortho | 12.26.2019 – 05.18.2020 | 1,594.00 |
| Memorial Satilla Neurology | 02.24.2020 | 939.00 |
| Orthopedic Surgeons of GA | 06.02.2020 – 02.08.2021 | 2,630.00 |
| | | |
| | | |
| | | |
| | | |
| TOTALS | | 52,119.95 |
| | | |

July 30, 2021/tls