**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **MARTHA WILLIAMS**, | * |
| | * |
| Plaintiff, | * |
| | *   Case No. 4:22-cv-48 |
| v. | * |
| | * |
| **CIRCLE K STORES, INC.** | *   JURY DEMANDED |
| **AND SUE WATHCHEM,** | * |
| | * |
| Defendants. | * |

**DEFENDANT CIRCLE K STORES, INC.'S CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, Circle K Stores, Inc. ("Circle K"), by and through undersigned counsel to provide its Corporate Disclosure Statement in accordance with Local Rule 87 and Fed. R. Civ. P. 7.1.

1. The undersigned counsel of record certifies that the following is a full and complete list of all parent and subsidiary corporations and all publicly held corporations that own 10% or more of Circle K's stock: Circle K Stores, Inc. is a privately held corporation whose parent company is Alimentation Couche-Tard, Inc, a publicly held Canadian corporation. No other publicly held corporation owns 10% of more of Circle K's stock. Circle K will promptly supplement its Corporate Disclosure Statement with a full and complete list of all subsidiary corporations.

2. The undersigned counsel of record further certifies that Circle K is a Texas corporation with its principal place of business in Arizona.

This 25th day of February, 2022.

Respectfully submitted,

**CARR ALLISON**

By:  /s/    Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
*Attorney for Defendant Circle K Stores, Inc.*
736 Market Street, Suite 1320
Chattanooga, TN 37402
Telephone: (423) 648-9832
Facsimile: (423) 648-9869
swmartin@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ashleigh R. Madison, Esq.
Southeast Law, LLC
1703 Abercorn Street
Savannah, GA 31401

Franklin D. Hayes, Esq.
P.O. Box 2377
Douglas, GA 31534

By:  /s/    Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**